1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON JAY NICHOLSON, | ) Case No. EDCV 16-1287-PSG (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| STAN SNIFF et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: ____8/9/16____       _____
                            PHILIP S. GUTIERREZ
                            U.S. DISTRICT JUDGE